**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CANDACE MOYER, individually and on behalf of all others similarly situated,** | : :  : | **Case No. 5:18-cv-4711-JDW** |
| **Plaintiff,** | : : | |
| **v.** | : : | |
| **PATENAUDE & FELIX, A.P.C.** | : : | |
| **Defendant.** | : : : | |

## ORDER

**AND NOW**, this 30th day of April, 2020, upon consideration of Plaintiffs' Motion for Summary Judgment (ECF No. 41) and Defendant's Motion for Summary Judgment (ECF No. 39), including all responses and attachments thereto, and for the reasons set forth in the Court's accompanying Memorandum, the Court **ORDERS** as follows:

1.     Defendant Patenaude and Felix, A.P.C.'s Motion for Summary Judgment (ECF No. 39) is **GRANTED**; and

2.     Plaintiff Candace Moyer's Motion for Summary Judgment (ECF No. 41) is **DENIED.**

It is **FURTHER ORDERED** that Plaintiff Candace Moyer's Motion for Class Certification (ECF No. 40) is **DENIED AS MOOT.**

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.