IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CANDACE MOYER, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>-against-<br><br>**PATENAUDE & FELIX, A.P.C.,**<br><br>**Defendant.** | Civil Case Number:<br>5:18-cv-04711-JDW<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Candace Moyer, the plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the April 30, 2020 Memorandum Opinion and Order, Granting Defendant's Motion for Summary Judgment and denying Plaintiff's Motion for Summary Judgment (ECF. No. 59, 60) entered on April 30, 2020.

Dated: May 1, 2020

Respectfully submitted,

/s/ Ari H. Marcus, Esq.
Ari H. Marcus, Esq.
MARCUS & ZELMAN
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: (732) 695-3282
Fax: (732) 298-6256
Attorneys for Plaintiff
*Candace Moyer*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CANDACE MOYER, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>-against-<br><br>**PATENAUDE & FELIX, A.P.C.,**<br><br>**Defendant.** | Civil Case Number:<br>5:18-cv-04711-JDW |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 1, 2020 a copy of the

    1) Notice of Appeal

was served upon the following counsel via ECF:

Edward M. Koch, Esquire
Marc L. Penchansky, Esquire
**WHITE AND WILLIAMS LLP**
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395

                       **MARCUS ZELMAN, LLC**

                       By:  /s/ Ari H. Marcus_____
                       Ari H. Marcus, Esq.
                       701 Cookman Avenue, Suite 300
                       Asbury Park, New Jersey 07712
                       Phone:      (732) 695-3282
                       Fax:         (732) 298-6256
                       Attorneys for Plaintiff
                       *Candace Moyer*