UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-1937

_____

CANDACE MOYER,
INDIVIDUALLY AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,
Appellant

v.

PATENAUDE & FELIX, A.P.C.

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 5-18-cv-04711)
District Judge: Honorable Joshua D. Wolson

_____

Submitted Under Third Circuit L.A.R. 34.1(a):
January 26, 2021

_____

Before: RESTREPO, BIBAS, and PORTER,
*Circuit Judges*.

_____

JUDGMENT

_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted on January 26, 2021. On consideration whereof, it is now ORDERED and ADJUDGED by this Court that the District Court's judgment entered April 30, 2020, is hereby AFFIRMED. All of the above in accordance with the Opinion of this Court. Costs shall be taxed against Appellant.

Case: 20-3047 Document: 66-1 Page: 2 Date Filed: 04/07/2021

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: March 16, 2021

Certified as a true copy and issued in lieu of a formal mandate on  04/07/2021

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**